**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

BILL KEMP (AIS # 090231),                                  :

    Petitioner,                                                   :

v.                                                                          :                 CIVIL ACTION NO. 08-00745-WS-N

BILLY MITCHEM,                                              :

    Respondent.                                                :


## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**,

and **DECREED** that this petition be and is hereby **DISMISSED with prejudice** and that a

certificate of appealability be **DENIED**.

DONE this 3rd day of March, 2010.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE